IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HOG SLAT, INCORPORATED                                                    PLAINTIFF

v.                                                                    CAUSE NO.: 3:10cv 13-DPJ-KB

KENNETH DAVID WILLIAMS and
LANIE GREGORY                                                            DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come on this day on the parties' joint motion *ore tenus* of dismissal and the Court, being informed that the parties have reached a settlement agreement, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that this cause should be, and the same is hereby, dismissed with prejudice and with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2011.

                                                                    s/ *Daniel P. Jordan III*
                                                                    UNITED STATES DISTRICT JUDGE


AGREED BY:


  /s/Jonathan S. Masters
Jonathan S. Masters (MSB #99419)
*Attorney for Plaintiff*


  /s/W. Terrell Stubbs
W. Terrell Stubbs (MSB #8017)
*Attorney for Defendants*